UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-cr-00082-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **RYAN GENE ROPER,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Dismiss Without Prejudice, by which the government moves to dismiss the Bill of Indictment against Defendant. (Doc. No. 26). Having considered the motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Without Prejudice, Doc. No. 26, is **GRANTED**, and the Indictment is **DISMISSED** without prejudice.

The Clerk of Court is respectfully requested to certify copies of this Order to the U.S. Probation Office and the U.S. Attorney's Office.

Signed: July 14, 2023

Max O. Cogburn Jr.
United States District Judge